# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 13-cv-00140-LTB-BNB

HICA EDUCATION LOAN CORPORATION,

    Plaintiff,

v.

ROBERT J. LOTSTEIN,

    Defendant.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 8 - filed April 2, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:


                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: April 3, 2013